UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-21535-WILLIAMS/TORRES

GURPREET GIL MAAG,

    Plaintiff,

v.

SILVERSEA CRUISES LTD.,

    Defendant.
_____/

## **NOTICE OF FILING**

Defendant, Silversea Cruises Ltd., by and through the undersigned counsel, hereby files the parties' proposed order memorializing the Court's rulings on Defendant's Motion to Compel in compliance with Magistrate Judge Torres' instructions in open court at the February 15, 2019 hearing, see Exhibit A.

Dated: February 19, 2018
      Miami, Florida

    Respectfully submitted,

    **FOREMAN FRIEDMAN, P.A.**

    By: */s/ Rachael M. Fagenson*
    Jeffrey E. Foreman (FBN 240310)
    jforeman@fflegal.com
    Darren W. Friedman (FBN 146765)
    dfriedman@fflegal.com
    Rachael M. Fagenson (FBN 91868)
    rfagenson@fflegal.com
    One Biscayne Tower, Suite 2300
    2 South Biscayne Boulevard
    Miami, FL  33131
    Tel: 305-358-6555/Fax: 305-374-9077
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19th day of February, 2018. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: *Rachael M. Fagenson*
Rachael M. Fagenson

## SERVICE LIST
Case No.: 18-CV-21535- WILLIAMS/TORRES

Gregg A. Silverstein, Esq.
gsilverstein@ssspa-law.com
Darryn Silverstein, Esq.
dsilverstein@ssspa-law.com
Gail Patterson, Esq.
gpatterson@ssspa-law.com
SILVERSTEIN, SILVERSTEIN &
SILVERSTEIN, P.A.
20801 Biscayne Blvd, Suite 504
Aventura, FL 33180
Tel: (305) 935-2500/Fax: (305) 935-3214
*Counsel for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Darren W. Friedman, Esq.
dfriedman@fflegal.com
Rachael M. Fagenson, Esq.
rfagenson@fflegal.com
Marc Rapaport, Esq.
mrapaport@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 358-6555/Fax: (305) 374-9077
*Counsel for Defendant*