UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21535-CIV-WILLIAMS

GURPREET GILL MAAG,

    Plaintiff,

vs.

SILVERSEA CRUISES LTD,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Defendant Silversea Cruises, Ltd.'s motion to tax costs against Plaintiff Gurpreet Maag (the "Report"). (DE 88). The parties did not file objections to the Report and the time to do so has passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 88) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion for costs (DE 83) is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant is awarded costs in the amount of $4,807.40 subject to interest at the legally available rate as of the date of the Court's entry of final judgment on May 17, 2019.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE